IN THE UNITED STATES DISTRICT COURT
FOR THE middle DISTRICT OF FLORIDA
Fort myers DIVISION
*(Write the District and Division, if any, of the
court in which the complaint is filed.)*

Jessie Henry Hayes JR.

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against- OFFicer Generale,
Officer Pyle, Officer Chavez,
Officer Coar, Officer Brown,
LT. Trulock, SGT. watson, Sgt Kelly

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)*

**Complaint for Violation of Civil
Rights**
(Prisoner Complaint) 2:19-CV-852-FtM-LoMen

Case No. 1329 CF

*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes   ☐ No
              *(check one)*

2019 DEC -2 PM 1:15

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name   Jessie Henry Hayes Jr.

All other names by which you have been known:

John Robinson, Frank Tobler, Curtis Tobler, Wayne Hall,

ID Number   Darryl Johnson

Current Institution   Lee County Jail

Address   2115 Dr. Martin L. King Jr. Blvd. Fort Myers, Florida. 33901

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name   Officer Pyle And Sgt. P. Kelly

Job or Title (if known)   Correctional Officer & Sergeant

Shield Number   Unknown

Employer   Lee County Jail

Address   2115 Dr. Martin L. King Jr. Blvd. Fort Myers, Florida. 33901

☒ Individual capacity          ☐ Official capacity

Defendant No. 2

Name   Officer Chavez

Job or Title
(if known)          Correctional officer

Shield Number       ~~~~~~~~~ 13-093

Employer            Lee County Jail

Address             2115 Dr. Martin Luther King, JR. Blvd,
                    Fort myers, Florida. 33901

☑ Individual capacity         ☐ Official capacity

Defendant No. 3

Name                Sergeant watson, officer Generale,
                    officer COAR and officer Brown

Job or Title
(if known)          _____

Shield Number       UNKnown

Employer            _____

Address             _____

☐ Individual capacity         ☐ Official capacity

Defendant No. 4

Name                officer Brown LT. Trulock

Job or Title        Lieutenant
(if known)

Shield Number       UNKnown

Employer            Lee County

Address             _____

☑ Individual capacity         ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights,
privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six
Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue
federal officials for the violation of certain constitutional rights.

3

( FActs of my CASE )

Claim #1

ON July 21, 2019, while being Illegally held By LieuTenant Trulock in MenTal Health Direct observation At 5-South, cell 8, During cell search, officer Pyle Smashed my Head Against the Glass window of the cell that I was Housed in (5-south cell 8), And After I Asked him why he Smashed my Head Against the window, he stated; "Because I Asked you Not to look At me" OR "Because you were looking At me."

Then when I went back inside my cell SergeanT Kelly told Officer Roman to Spray me with mace. Then At Approximately 9:30 mm, officer Pyle And Someone Else Sprayed me with the OC Fogger.

   Claim #2

ON September 19, 2019, while @ collecting food Trays, officer Chavez (13-093) opened my food Pass Flap, called me A Nigger As I handed him the Food Tray, then hurriedly started closing the food Pass Flap while I was throwing Trash out. He Kept pushing the Steel flap on my hand Maliciously And Sadistically, causing my finger to cut. I had to go to Lee memorial Hospital to get Stitches in my finger.

   officer chavez harbored ILL will Against me because he had called me A Nigger lAST June while I was in 2A Block. After I told SergeanT Smith, he Repeatedly brought up the Fact that I told on him.

   This officer even went out of the Block, closed the steel Door So NO one could her us calling. Inmate Shermy Kael Jenkins And I had to Kick our cell Doors to get officer Gerena to come And call the Nurse And take Pictures of my left hand.

         (1)

Claim #3

From February 1 through 14; June 19 through July 29; And September 25, 2019 through October 16, 2019, LIEUTENANT O. Trulock held me Against Policy in Direct observation in cells 6-South 10, 6 South 5, 5-South 8, 5 south 1, 5-South 8 And 6 south 10. Mental Health Ms. McNamara, Ms. Lauren, And Doctor Medlin had to talk to LT. Trulock And let him know that he had to send me back to the Jail because mental Health had cleared me to Return, and I was complaining About being in A Suicide cell, and I was never Suicidal.

LT. Trulock's holding me Against my will Prevented me from filing Appeals on my Disciplinary Reports, violating my Due process Rights And extending my Days in Disciplinary Confinement, where I can only leave my cell Twice A week. He denied me the opportunity to Appeal my Disciplinary Reports by holding me in A Suicide cell.

#3 On monday, October 28, 2019, After I found out that I was given 30 days Disciplinary Confinement for A Disciplinary Report that was written Against me on October 20, 2019, I was upset because I wasn't Afforded An opportunity to Participate in the DR Hearing, So I Asked officer Harrold to check the computer And let me know when was my Hearing supposed to have been held. When he Returned A few minutes later, he told me that my Hearing was held on October 26, 2019 At Approximately 9:30 Am with 8 officers Brown And Coab As the hearing officers.

I was never Asked whether or not I wanted to

(2)

ON February

Participate in the DR Hearing. Officers Brown and Coar Violated my Due Process ~~Rights~~ Rights when they didn't ask me whether or NOT I wanted to Participate in the Hearing. I was never asked, and I did NOT Refuse.

The officer's actions caused me to Do 30 days of Disciplinary Confinement time, and it's affected me mentally, As I am Tired of being Deprived of my Liberty.

#4   On 10-20-19, I was moved to Direct Observation (Suicide) because I was maced by an officer. While being walked to the Elevator so I could be Driven From this Jail to the Core building, Sergeant Watson told me that he was going back to my cell to Pack my property himself.

On 10-21-19 and 10-~~23~~-19, Sergeant Keiler and Officer Gibbs went to the Property Room and brought me my clothing and my papers. Both Sergeant Keiler and Officer Gibbs told me that they only saw the Stuff they brought me.

On ~~November 3, 2019~~ I spoke with Sergeant Watson About my Property, and he said that he and Officer Generale Packed my property. When I told him that Alot of my Property is missing, he said, "I threw it away because you're an Asshole."

I have the Photo of my Property As of 10-16-19, and I Have the Property Release form Indicating that I Received my clothing on 10-21-19 and my papers on 10-23-19.

All of my Hygiene Items, Two Eye Glasses, Playing cards, Personal Bible, Legal Documents, and Pages 12 through 57 and Pages 126 through 309 has ~~been~~ been Removed

(3)

From the fictional Book that I wrote. It took me over two years to write and Rewrite this Book. NURSE GIBSON, SERGEANT Scott, and Officer Borgos has Read Some or Parts of my Books, and other Officers and Sergeants Knows that I WRITE BOOKS, So Now they're throwing away my WORK, Knowing that it means A lot to me.

The administration At this JAIL Does NOT follow Policy or go Against its Officers, EVEN though they Know the Officers Are Wrong.

Please, help me!
Thank you!

Note:
I WAS ASSigned to Cell 2D-1 when the INcidents Involving officer Chavez, officers COAR And Brown, And when SERGEANT WATSON told me that he threw Away my Property, And Also when I WAS taken to 6-South 5 ON 10-20-19— the Date Sergeant Watson And officer Genecrale Packed my Property.

(4)

These events has effected me, in that I had to get the psychiatrist to increase my Remeron (Sleeping medicine), because It's hard for me to sleep, and all I hear is officer Chavez calling me a nigger and the Food Pass slamming over and over. I'm lucky if I get two hours of sleep a night now.

And it's harder for me to Trust any of these officers, because this Jail is loaded with corrupt officials. No one here honors their oath nor does anyone show integrity.

A. Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Excessive Force Clause of the 14th Amendment.
Procedural Due Process of the 14th Amendment.
A Right to my Personal Property; Substantive Due Process
and Procedural Due Process under the Florida Constitution.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

None

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Denying me Equal Protection of the Laws, Substantive
Due Process under the Florida Constitution, Procedural
Due Process; Cruel and Unusual Punishment.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

    ☒ Pretrial detainee

    ☐ Civilly committed detainee

    ☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* I've been convicted, but I'm still fighting pending cases

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

The events happened at the Core Building on Ortiz Avenue

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

In the Lee County Jail on 9-19-19; 10-20-19, And 10-26-19... At the Core building on 2-7-19 thru 2-14-19, And 6-19-19 thru 7-29-19, And 9-25-19 thru 10-16-19.

C. What date and approximate time did the events giving rise to your claim(s) occur?

On 9-19-19 At Approximately 6:05 PM; on 10-20-19 At Approximately 7:30 PM; on 10-26-19 At Approximately 9:30 AM; on 7-21-19 At Approximately 6:30 AM.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On 9-19-19 officer Chavez called me A Nigger And Repeatedly slammed my hand in the flap. Inmate Shermy Karl Jenkins Witnessed the Incident.

5

OFFicer Gerena took Pictures of my hand After he came. ON 7-21-19, there were 6 or 7 officers Present During cell Search, Including officers Peach, Chase, Roman, and Sergeant Kelly. I can't Remember who Else nor Know their Names... From 2-1-19 thru 2-14-19; 6-19-19 thru 7-29-19, And 9-25-19 thru 10-16-19, mental Health workers

**V.  Injuries** Ms. McNamara, Ms. Lauren, And Doctor Medlin.

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

ON 7-21-19, I Received Severe Headaches that Required Pain meds for About A month; ON 9-19-19, I had to be taken to the Lee memorial Hospital Emergency Room And was given Stitches in my finger. Also, from the 9-19-19 event, I Am Now Experiencing "Jumping" And "Fear" when I'm At the Food Pass Flap; And when the Flap is Shut or Slammed, it brings back that horrible memory of the evil that was on officer Chavez's Face As he called me A "Nigger" And Repeatedly

**VI.  Relief** Slammed the Flap ON my hand.

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

For the 9-19-19 event, and the 7-21-19 event, I want $75,000 (Seventy five thousand) in Compensatory Damages And Punitive Damages of $15,000 for each; and Compensatory Damages of $75,000 And Punitive Damages of $15,000. Each For the events of 2-1-19 through 2-14-19, 6-19-19 thru 7-29-19, and 9-25-19 thru 10-16-19; and the same amounts for the events of 10-20-19 And 10-26-19, All Based ON the Physical And Emotional Injuries I

**VII.  Exhaustion of Administrative Remedies Administrative Procedures** Now Suffer. plus the fact that my Book would have brought me out of money.

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.     Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑     Yes

☐     No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Lee county Jail and the Lee county Jail

Core. building.

B.     Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑     Yes

☐     No

☐     Do not know

C.     Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑     Yes

☐     No

☐     Do not know

If yes, which claim(s)?

All of them. But, this Administration is Corrupt,
As the Administration never Approves Grievances
in Favor of the Inmate, whether the officer is wrong.

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑     Yes

☐     No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐   Yes   N/A

☐   No

E.   If you did file a grievance:

1.   Where did you file the grievance?

I file All my Grievances in Compliance with pages 13 and 14 of their Revised 3/2019 Inmate handbook: A Request, A grievance, then AN Appeal to the grievance.

2.   What did you claim in your grievance?

That I was Assaulted by officer's Pyle and Chavez on Dates 7-21-19 and 9-19-19, And that LT. Trulock was holding me (Illegally) in Suicide, Denying me the Right to Due process; And that I was Desired the Right to Participate in my DR Hearing; And that Sergeant Watson And

3.   What was the result, if any? Officer Gensele threw away my property.

They play games by Trying to make me Start the grievance Process All over Knowing I'm doing Everything According to their handbook. (This Administration is Corrupt)

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

my Grievance Process has been Completed. I did my Due Diligence, And I took the proper Steps to Appeal.

8

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

NONE

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I filed my Grievances And I INFormed SGT. Waters of my property issue, And I INFormed LT. Trulock And LT. Simon, And Captain Rogers About being held in suicide (Illegally) Depriving me of my Constitutional Rights to Appeal my Disciplinary Reports.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I filed my Appeal About the Events of 9-19-19 ON 10-25-19 ON Request # 5,076,997 Due to the Kiosk, where Grievances Are filed, NOT Working Properly so I could do a Grievance

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐    Yes

☒    No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

None

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

    ☐   Yes

    ☒   No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.   Parties to the previous lawsuit

        Plaintiff(s)   None

        Defendant(s)

    2.   Court *(if federal court, name the district; if state court, name the county and State)*

        None

    3.   Docket or index number

        None

    4.   Name of Judge assigned to your case

        None

    5.   Approximate date of filing lawsuit

        None

    6.   Is the case still pending?

        ☐   Yes

        ☒   No

    If no, give the approximate date of disposition.   None

10

7.    What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

None

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐    Yes

☒    No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)
Defendant(s)  None

2.    Court *(if federal court, name the district; if state court, name the county and State)*

None

3.    Docket or index number

4.    Name of Judge assigned to your case   None

5.    Approximate date of filing lawsuit

6.    Is the case still pending?

☐    Yes

☒    No

11

If no, give the approximate date of disposition. _NONE_

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_NONE_

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _November 2019_

Signature of Plaintiff _Jesse Hayes_
Printed Name of Plaintiff _Jesse Hayes_
Prison Identification # _58341_
Prison Address _2115 DR. MARTIN Luther King JR Blvd._
_Fort myers        FLA.        33901_
City                     State                     Zip Code

### B.   For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____

Address

Telephone Number

E-mail Address